UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUJTABA MUSAWI,<br><br>               Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER,<br><br>               Respondent. | Case No. 5:26-cv-02016-SVW-SK<br><br>JUDGMENT |

Pursuant to the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted and that petitioner Mujtaba Musawi is to be released from the custody of Immigration and Customs Enforcement immediately on appropriate conditions of supervision.

DATED: May 5, 2026

_____
HON. STEPHEN V. WILSON
United States District Judge